IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND

| | |
|---|---|
| ETHEL DIXON,<br><br>   Plaintiff,<br>v.<br><br>DOLLAR TREE STORES, INC.,<br><br>   Defendant. | CIVIL ACTION NO. _____<br><br>Removed from Greenup Circuit Court<br>Case No. 22-CI-00251 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that the Defendant, Dollar Tree Stores, Inc., ("Dollar Tree"), by undersigned counsel, files this Notice of Removal of this action from the Commonwealth of Kentucky, Greenup Circuit Court, to the United States District Court for the Eastern District of Kentucky, Northern Division at Ashland, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. In support of removal, Dollar Tree states as follows:

### NATURE OF THE CASE

1. On July 12, 2022, Plaintiff, Ethel Dixon ("Plaintiff") filed a Complaint instituting an action entitled *Ethel Dixon vs. Dollar Tree Stores, Inc.,* pending as Case No. 22-CI-00251 in the Commonwealth of Kentucky, Greenup Circuit Court, (the "State Court Action"). Dollar Tree was served with the Summons and Complaint on July 18, 2022. Pursuant to 28 U.S.C. §1446(a), true and exact copies of all process, pleadings, and orders filed in the State Court Action are attached as *Exhibit A*.

2. This is an action wherein Plaintiff's Complaint is based in premises liability and wherein she seeks compensatory damages for alleged personal injury, including medical expenses and pain and suffering.

## BASIS FOR FEDERAL JURISDICTION

3. Dollar Tree removes this action pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441, in that there is complete diversity of citizenship between Plaintiff and Dollar Tree and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

4. According to the allegations in Plaintiff's Complaint, Plaintiff is, at the time of filing this Notice of Removal and was, at the commencement of the State Court Action, a citizen of Greenup County, Kentucky. (See Exhibit A, Complaint, ¶1).

5. The sole named defendant, Dollar Tree Stores, Inc., is and was at all times relevant hereto, including at the time of filing this Notice of Removal and at the commencement of the State Court Action, a corporation incorporated under the laws of the State of Virginia, with its principal place of business in Chesapeake, Virginia.

6. For purposes of diversity of citizenship under 28 U.S.C. § 1332(a), Dollar Tree is a citizen of Virginia; and Plaintiff is a citizen of Kentucky. Thus, removal of this action based upon diversity of citizenship is proper.

7. Plaintiff's Complaint explicitly states that the amount in controversy is in excess of the jurisdictional minimums of the United States District Court, Eastern District of Kentucky. (See Exhibit A, Complaint, ¶4). In particular, Plaintiff seeks damages for past and future medical expenses, permanent injury, past and future pain and suffering, and all other relief to which she appears reasonably entitled. (Id., ¶11).

8. Based upon the allegations and representations set forth in Plaintiff's Complaint, the amount in controversy in this action meets the requirements for federal jurisdiction.

9. In accordance with the foregoing, this action may be removed to this Court pursuant to 28 U.S.C. §§ 1332 and 1441 because it is a civil action between citizens of different states in

which the preponderance of evidence supports that the amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.

## TIMELINESS OF REMOVAL

10. This Notice of Removal is timely under 28 U.S.C. § 1146 in that it is filed within thirty (30) days of Dollar Tree having be served with Plaintiff's Complaint.

## VENUE

11. Pursuant to 28 U.S.C. § 1441(a), a civil action brought in a state court, over which the United States District Court has original jurisdiction, may be removed to that District Court embracing the place where such action is pending. Because the State Court Action was pending in the Commonwealth of Kentucky, Greenup Circuit Court, this Court has removal jurisdiction under Local Rule 3.1(a)(1)(A).

## REMOVAL PAPERS

12. Pursuant to 28 U.S.C. 1446(d), written notice of this removal is being provided simultaneously to all parties and the Circuit Court of Greenup County, Kentucky. (See Exhibit B).

13. By this Notice of Removal, Dollar Tree does not waive any defenses or objections it may have to this action and intends no admission of fact, law or liability. Dollar Tree reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, Dollar Tree Stores, Inc. respectfully requests that this action be removed from the Greenup Circuit Court to the United States District Court for the Eastern District of Kentucky, Northern Division at Ashland.

Dated: August 6, 2022

Respectfully Submitted,

/s/*Kimberly van der Heiden*
Kimberly van der Heiden
VAN DER HEIDEN LAW FIRM, PLLC
P.O. Box 55
Carlisle, Kentucky 40311
Telephone: (859) 429-2950
Fax:   (859) 534-3193
kim@vanderheidenlaw.com
*COUNSEL FOR DOLLAR TREE STORES, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed with the Clerk of the United States District Court for the Eastern District of Kentucky using the CM/ECF filing system and that a copy of this document has been served upon the parties hereto by mailing true and correct copies of same by regular U.S. mail, postage prepaid, and by email, on this 6th day of August, 2022, upon:

David F. Latherow
Geoffrey D. Marsh
WILLIAMS, HALL & LATHEROW
1505 Carter Avenue, Suite 200
P.O. Box 2008
Ashland, Kentucky 41105-2008
dlatherow@whl-law.com
gmarsh@whl-law.com
*COUNSEL FOR PLAINTIFF*

*/s/Kimberly van der Heiden*
KIMBERLY VAN DER HEIDEN